David R. McNamara, # 133302
Christina M. Cusimano, # 258627
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
KHALON BROTHERS, INC. dba JOHNNY QUICK
#111 AND SHELL GAS STATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD MOORE,

               Plaintiff,

v.

KHALON BROTHERS, INC. DBA JOHNNY QUICK #111 AND SHELL GAS STATION., BEAL PROPERTIES, INC.,

               Defendants.

Case No.: 1:10-CV-00444-OWW-DLB

**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ORDER THEREON**

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff RONALD MOORE and Defendants KHALON BROTHERS, INC. dba JOHNNY QUICK #111 AND SHELL GAS STATION and BEAL PROPERTIES, INC., by and through their respective counsel, that the July 28, 2010 Mandatory Scheduling Conference may be continued to August 27, 2010 at 8:15 a.m., or as soon thereafter as may be heard at the convenience of the Court, to afford the parties time to negotiate a settlement of this matter.

| | |
|---|---|
| Dated: June 28, 2010 | MOORE LAW FIRM, P.C. |
| | By: /s/ TANYA LEVINSON |
| | Tanya Levinson<br>Attorneys for Plaintiff RONALD MOORE |
| Dated: June 28, 2010 | McCORMICK, BARSTOW, SHEPPARD,<br>WAYTE & CARRUTH LLP |
| | By: /s/ DAVID MCNAMARA |
| | David R. McNamara<br>Christina M. Cusimano<br>Attorneys for Defendant<br>KHALON BROTHERS, INC., dba<br>JOHNNY QUIK #111 and SHELL GAS<br>STATION |
| Dated: June 28, 2010 | WILD, CARTER & TIPTON |
| | By: /s/ STEVEN PAGANETTI |
| | Steven E. Paganetti<br>Attorneys for Defendant<br>BEAL PROPERTIES, INC. |

**ORDER**

IT IS HEREBY ORDERED that the July 28, 2010 Mandatory Scheduling Conference is continued to August 27, 2010 at 8:15 a.m., before the Honorable Judge Wanger in Courtroom 3 on the 7th floor, of the U.S. District Court, Eastern District of California, Fresno.

Dated:  July 1, 2010          /s/ OLIVER W. WANGER
                              UNITED STATES DISTRICT JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com