David R. McNamara, # 133302
Christina M. Cusimano, # 258627
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
KHALON BROTHERS, INC. dba JOHNNY QUICK
#111 AND SHELL GAS STATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KHALON BROTHERS, INC. DBA JOHNNY QUICK #111 AND SHELL GAS STATION, BEAL PROPERTIES, INC.,<br><br>　　　　　Defendants. | Case No.: 1:10-CV-00444-OWW-DLB<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ORDER THEREON** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff RONALD MOORE and Defendants KHALON BROTHERS, INC. dba JOHNNY QUICK #111 AND SHELL GAS STATION and BEAL PROPERTIES, INC., by and through their respective counsel, that the August 27, 2010 Mandatory Scheduling Conference is continued to, September 24, 2010 at 8:15 a.m. in Courtroom 3 of the U.S. District Court, Eastern District of California, Fresno., to afford the parties time to negotiate a settlement of this matter.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ORDER THEREON
1:10-CV-00444-OWW-DLB

| | |
|---|---|
| 1  Dated: August 10, 2010 | MOORE LAW FIRM, P.C. |
| 2 | |
| 3 | By:      /s/ TANYA LEVINSON |
| 4 | Tanya Levinson<br>Attorneys for Plaintiff RONALD MOORE |
| 5 | |
| 6 | |
| 7  Dated: August 10, 2010 | McCORMICK, BARSTOW, SHEPPARD,<br>WAYTE & CARRUTH LLP |
| 8 | |
| 9 | |
| 10 | By:      /s/ DAVID R. MCNAMARA |
| | David R. McNamara<br>Christina M. Cusimano<br>Attorneys for Defendant<br>KHALON BROTHERS, INC., dba<br>JOHNNY QUIK #111 and SHELL GAS<br>STATION |
| 14  Dated: August 10, 2010 | WILD, CARTER & TIPTON |
| 16 | By:      /s/ STEVEN E. PAGNETTI |
| 17 | Steven E. Paganetti<br>Attorneys for Defendant<br>BEAL PROPERTIES, INC. |

20  IT IS SO ORDERED.

21  Dated:   **August 12, 2010**          **/s/ Oliver W. Wanger**
            UNITED STATES DISTRICT JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ORDER THEREON
1:10-CV-00444-OWW-DLB