1  Tanya Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4
   Attorneys for Plaintiff
5  Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>    vs.<br><br>KHALON BROTHERS, INC. dba JOHNNY QUICK #111 and SHELL GAS STATION, BEAL PROPERTIES,<br><br>    Defendants. | No.  1:10-CV-00444-OWW-DLB<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>Assigned to U.S. District Judge Oliver W. Wanger<br><br>Complaint filed:  March 26, 2010 |

Plaintiff Ronald Moore, through his attorney, Tanya Moore, Moore Law Firm, P.C., San Jose, California, and Defendants Khalon Brothers, Inc. dba Johnny Quick #111 and Shell Gas Station, through their attorney, Steven Pagnetti, Wild, Carter & Tipton, Fresno, California, and Beal Properties, through their attorney, Dave McNamara, McCormick, Barstow, Sheppard, Wayte & Curruth LLP, Fresno, California, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Date: October 12, 2010

/s/Tanya Moore
Tanya Moore
Attorney for Plaintiff

*Moore v. Khalon Brothers, et al*

Stipulation for Dismissal

Page 1

1  Date: October 12, 2010          McCORMICK, BASRTOW, SHEPPARD
2                                             WAYTE & CURRUTH LLP

3                                        /s/David R. McNamara, Esq.
4                                        David R. McNamara, Esq.
                                         Attorney for Defendants Khalon Brothers,
5                                        Inc. dba Johnny Quick #111 and Shell Gas

6
7  Date: October 12, 2010          WILD, CARTER & TIPTON

8                                        /s/ Steven E. Pagnetti, Esq.
                                         Steven E. Pagnetti
9                                        Attorney for Defendant
10                                       Beal Properties, Inc.

11

12                                    **ORDER**

13
14 THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT
   the above-captioned action be dismissed with prejudice.
15

16

17

18

19 IT IS SO ORDERED.

20     Dated:  **October 12, 2010**              **/s/ Oliver W. Wanger**
21                                            UNITED STATES DISTRICT JUDGE

*Moore v. Khalon Brothers, et al*

Stipulation for Dismissal

Page 2